IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RENE G. MYLES, JR.,**

    *Plaintiff*,

v.                                                                  Case No.:  1:25cv176-MW/HTC

**N. NELSON, et al.,**

    *Defendant.*

_____/

## ORDER GRANTING LEAVE TO AMEND
## AND REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, Plaintiff's *pro se* letter, ECF No. 6, construed as a motion for leave to amend, and Plaintiff's *pro se* letter, ECF No. 7, construed as a motion for extension of time to file objections to the Magistrate Judge's report and recommendation, ECF No. 5. Plaintiff's motion for leave to amend, ECF No. 6, is **GRANTED**. Plaintiff may file an amended complaint if Plaintiff believes he can, in good faith, allege facts stating a plausible cause of action for violation of his due process rights.

Accordingly, this Court **rejects** the Magistrate Judge's report and recommendation, ECF No. 5, recommending dismissal of Plaintiff's complaint. Likewise, Plaintiff's motion for extension of time to file objections, ECF No. 7, is **DENIED as moot** inasmuch as Plaintiff has leave to file an amended complaint.

Plaintiff must take note, however, that by granting leave to amend, this Court is not allowing unlimited opportunities to attempt to state a claim. The Magistrate Judge will again screen Plaintiff's amended complaint, which may again be subject to dismissal if Plaintiff fails to allege facts on which to base a plausible claim for relief. Plaintiff must file his amended complaint **on or before Tuesday, August 19, 2025.**

**SO ORDERED on July 22, 2025.**

                                                         s/Mark E. Walker  
                                                         **United States District Judge**