IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RENE G. MYLES, JR.,**

*Plaintiff,*

v.                                        Case No.: 1:25cv176-MW/HTC

**N. NELSON, et al.,**

*Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) due to Plaintiff's failure to state a claim on which relief may be granted." The Clerk shall close the file.

**SO ORDERED on November 6, 2025.**

s/Mark E. Walker
**United States District Judge**